IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOBETH KISSINGER,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE MENNONITE HOME,** | : | |
| **d/b/a MENNONITE HOME** | : | |
| **COMMUNITIES, et al.,** | : | No. 20-3000 |
| Defendants. | : | |

## JUDGMENT AND ORDER

**AND NOW**, this **17th** day of **November 2021**, following a bench trial from August 3 through August 5, 2021, upon review of the record, and for the reasons stated in the Court's Memorandum dated November 17, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Plaintiff and against Defendant Mennonite Home in the amount of Eight Hundred and Twelve Thousand and Thirty-Six Dollars ($812,036.00), as follows:

    a. Back pay in the amount of Two Hundred and Ninety-Six Thousand Five Hundred and Fourteen Dollars ($296,514.00).

    b. Liquidated damages in the amount of Two Hundred and Ninety-Six Thousand Five Hundred and Fourteen Dollars ($296,514.00).

    c. Front pay in the amount of Two Hundred and Nineteen Thousand and Eight Dollars ($219,008.00).

2. Each party shall submit a supplemental brief addressing attorney's fees and prejudgment interest by **Monday, December 20, 2021**. The briefs shall not exceed ten pages.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**