IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOBETH KISSINGER,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE MENNONITE HOME,** | : | |
| **d/b/a MENNONITE HOME** | : | |
| **COMMUNITIES, et al.,** | : | No. 20-3000 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **28th** day of **February 2022**, upon consideration of Plaintiff JoBeth Kissinger's Motion to Amend the Judgment for an Award to Offset Negative Tax Consequences (ECF No. 41) and Motion for Attorney Fees, Costs, and Prejudgment Interest (ECF No. 42), and the responses and replies thereto; and for the reasons stated in this Court's Memorandum dated February 28, 2022, it is hereby **ORDERED** that:

1. Kissinger's Motion to Amend the Judgment for an Award to Offset Negative Tax Consequences is **GRANTED**. Kissinger is awarded Eighty Thousand Four Hundred and Twenty-One Dollars and Zero Cents ($80,421.00) to offset the negative tax consequences of her front pay and back pay awards.

2. Kissinger's Motion for Attorney Fees, Costs, and Prejudgment Interest is **GRANTED in part** and **DENIED in part**. Kissinger is awarded Two Hundred and Fifty Thousand Nine Hundred and Seventy-Two Dollars and Zero Cents ($250,972.00) in attorneys' fees, Nineteen Thousand Five Hundred and Ninety-Six Dollars and Thirty-Two Cents ($19,596.32) in costs, and Six Thousand Two Hundred and Ninety-Five Dollars and Seven Cents ($6,295.07) in prejudgment interest, for a total award of Two Hundred

and Seventy-Six Thousand Eight Hundred and Sixty-Three Dollars and Thirty-Nine Cents ($276,863.39).

3. As determined at trial, and in order to appropriately close this case, Kissinger's Motion in Limine to Exclude Expert or Lay Opinion Testimony of Jeffrey T. Willoughby (ECF No. 20) is **DENIED**.

4. The Clerk of Court is directed to close this case.

                                        **BY THE COURT:**

                                        */s/ Berle M. Schiller*

                                        **Berle M. Schiller, J.**