IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOBETH KISSINGER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE MENNONITE HOME, d/b/a MENNONITE HOME COMMUNITIES, et al., | : | No. 20-3000 |
|     Defendants. | : | |

**JUDGMENT AND ORDER**

**AND NOW**, this **11th** day of **March, 2022**, it is hereby **ORDERED** that the judgment entered in the Court's November 17, 2021 Judgment and Order (ECF No. 40) is no longer enforceable in view of the Court's February 28, 2022 Order (ECF No. 63) granting Plaintiff's Motion to Amend the Judgment for an Award to Offset Negative Tax Consequences (ECF No. 41) and granting in part Plaintiff's Motion for Attorney Fees, Costs, and Prejudgment Interest (ECF No. 42), which had the effect of awarding additional sums to Plaintiff. It is **FURTHER ORDERED** that the judgment previously entered in the Court's November 17, 2021 Judgment and Order be **AMENDED** to incorporate these additional sums as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant Mennonite Home in the amount of One Million One Hundred and Sixty-Nine Thousand Three Hundred and Twenty Dollars and Thirty-Nine Cents ($1,169,320.39) as follows:

    a. Back pay in the amount of Two Hundred and Ninety-Six Thousand Five Hundred and Fourteen Dollars ($296,514.00).

    b. Liquidated damages in the amount of Two Hundred and Ninety-Six Thousand Five Hundred and Fourteen Dollars ($296,514.00).

c. Front pay in the amount of Two Hundred and Nineteen Thousand and Eight Dollars ($219,008.00).

d. Attorneys' fees in the amount of Two Hundred and Fifty Thousand Nine Hundred and Seventy-Two Dollars and Zero Cents ($250,972.00).

e. Costs in the amount of Nineteen Thousand Five Hundred and Ninety-Six Dollars and Thirty-Two Cents ($19,596.32).

f. Prejudgment interest in the amount of Six Thousand Two Hundred and Ninety-Five Dollars and Seven Cents ($6,295.07).

g. An additional sum to offset the negative tax consequences of Plaintiff's front pay and back pay awards in the amount of Eighty Thousand Four Hundred and Twenty-One Dollars and Zero Cents ($80,421.00).

**BY THE COURT:**

_____
**Berle M. Schiller, J.**